# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL KING,

   Petitioner

     v.

RIVERWATCH CONDOMINIUM
OWNERS ASSOCIATION,

   Respondent

: No. 518 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

---

DANIEL KING,

   Petitioner

     v.

RIVERWATCH CONDOMINIUM
OWNERS ASSOCIATION,

   Respondent

: No. 519 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:

---

DANIEL KING,

   Petitioner

     v.

RIVERWATCH CONDOMINIUM
OWNERS ASSOCIATION,

   Respondent

: No. 520 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:

---

DANIEL KING,

   Petitioner

: No. 521 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court

                    v.                          :
                                                :
                                                :
RIVERWATCH CONDOMINIUM                          :
OWNERS ASSOCIATION,                             :
                                                :
                    Respondent                  :

DANIEL KING,                                    :    No. 522 MAL 2015
                                                :
                    Petitioner                  :
                                                :    Petition for Allowance of Appeal from
                                                :    the Order of the Commonwealth Court
                    v.                           :
                                                :
                                                :
RIVERWATCH CONDOMINIUM                          :
OWNERS ASSOCIATION,                             :
                                                :
                    Respondent                  :

DANIEL KING,                                    :    No. 523 MAL 2015
                                                :
                    Petitioner                  :
                                                :    Petition for Allowance of Appeal from
                                                :    the Order of the Commonwealth Court
                    v.                           :
                                                :
                                                :
RIVERWATCH CONDOMINIUM                          :
OWNERS ASSOCIATION,                             :
                                                :
                    Respondent                  :


## ORDER


**PER CURIAM**

    **AND NOW**, this 29th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.